In the Matter of the Petition of Seth Chapman to Vacate an Assignment.

(Argued March 26, 1878; decided April 2, 1878.)

*Edward B. Merrill* for appellant.

*Wm. C. De Witt* for respondent.

Agree to affirm order. No opinion.
All concur, except Rapallo, J., absent.
Order affirmed.